IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| VIRGINIA PACK § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-00247 |
| § | JUDGE MICHAEL J. TRUNCALE |
| ALLSTATE FIRE AND CASUALTY § | |
| INSURANCE COMPANY § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 9]. The Parties stipulate to a dismissal of all claims and causes of action asserted in this lawsuit with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 10th day of April, 2024.**

_____
Michael J. Truncale
United States District Judge